

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 10-27849 WTT |
| JORDAN REED LINFORD ) | Chapter 7 |
| LINSEY KOPLIN LINFORD ) | |
| ) | NOTICE OF PAYMENT OF |
| Debtor (s) ) | FUNDS INTO THE REGISTRY |
| ) | |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On August 22, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained eleven (11) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4438119006.

6

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

| | |
|---|---|
| Claim No.: | 3 |
| Claimant: | Deseret First Credit Union<br>2480 S. 3850 W., Suite C<br>Salt Lake City, UT 84120 |
| Claim Amount: | $1,027.73 |
| Distribution: | $2.70 |
| | |
| Claim No.: | 5 |
| Claimant: | Rocky Mountain Power<br>PO Box 25308<br>Salt Lake City, UT 84125 |
| Claim Amount: | $700.13 |
| Distribution: | $1.84 |
| | |
| Claim No.: | 6 |
| Claimant: | Cavalry Portfolio Services<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595 |
| Claim Amount: | $986.94 |
| Distribution: | $2.59 |
| | |
| Claim No.: | 7 |
| Claimant: | Qwest Corporation<br>ATTN: Bankruptcy<br>1801 California St., Rm. 900<br>Denver, CO 80202 |
| Claim Amount: | $500.38 |
| Distribution: | $1.31 |
| | |
| Claim No.: | 8 |
| Claimant: | Outsource Receivables<br>ATTN: Bankruptcy Dept.<br>PO Box 166<br>Ogden, UT 84402 |
| Claim Amount: | $430.40 |
| Distribution: | $1.13 |

| | |
|---|---|
| Claim No.: | 9 |
| Claimant: | Credit Services of Logan |
| | PO Box 3730 |
| | Logan, UT 84323 |
| Claim Amount: | $468.33 |
| Distribution: | $1.24 |

| | |
|---|---|
| Claim No.: | 12 |
| Claimant: | Capital Recovery IV, LLC |
| | c/o Recovery Management Systems Corp. |
| | 25 SE 2nd Avenue, Suite 1120 |
| | Miami, FL 33131-1605 |
| Claim Amount: | $1,075.88 |
| Distribution: | $2.83 |

| | |
|---|---|
| Claim No.: | 14 |
| Claimant: | GE Money Bank |
| | c/o Recovery Management Systems Corp. |
| | 25 SE 2nd Avenue, Suite 1120 |
| | Miami, FL 33131-1605 |
| Claim Amount: | $288.94 |
| Distribution: | $0.76 |

| | |
|---|---|
| Claim No.: | 15 |
| Claimant: | Main Street Acquisition Corp. |
| | c/o B-Line, LLC |
| | MS 550 |
| | PO Box 91121 |
| | Seattle, WA 98111-9221 |
| Claim Amount: | $1,874.69 |
| Distribution: | $4.93 |

| | |
|---|---|
| Claim No.: | 17 |
| Claimant: | RC Willey Home Furnishings |
| | ATTN: Bankruptcy |
| | PO Box 65320 |
| | Salt Lake City, UT 84165 |
| Claim Amount: | $1,780.34 |
| Distribution: | $4.67 |

|  |  |
|---|---|
| Claim No.: | 18 |
| Claimant: | NCO Portfolio Management |
|  | c/o Becket and Lee, LLP |
|  | PO Box 3001 |
|  | Malvern, PA 19355-0701 |
| Claim Amount: | $567.91 |
| Distribution: | $1.49 |

5. A check in the amount of $25.49 representing the foregoing claims has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 8-23-11

_____
J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 25th day of August, 2011:

Deseret First Credit Union
2480 S. 3850 W., Suite C
Salt Lake City, UT 84120

Rocky Mountain Power
PO Box 25308
Salt Lake City, UT 84125

Cavalry Portfolio Services
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Qwest Corporation
ATTN: Bankruptcy
1801 California St., Rm. 900
Denver, CO 80202

Outsource Receivables
ATTN: Bankruptcy Dept.
PO Box 166
Ogden, UT 84402

Credit Services of Logan
PO Box 3730
Logan, UT 84323

Capital Recovery IV, LLC
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Main Street Acquisition Corp.
c/o B-Line, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

RC Willey Home Furnishings
ATTN: Bankruptcy
PO Box 65320
Salt Lake City, UT 84165

NCO Portfolio Management
c/o Becket and Lee, LLP
PO Box 3001
Malvern, PA 19355-0701

*/s/ Melanie Valderrama*